No. 87–691.  GALARDI v. LERNER.  C. A. 9th Cir.  Certiorari denied.

No. 87–708.  HOLIFIELD v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 87–757.  IN RE STURMAN.  C. A. 6th Cir.  Certiorari denied.

No. 87–760.  KONG ET UX. v. HAWAIIAN MARINE LINES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–770.  SUAREZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–774.  AGUIAR, AKA WOODS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–808.  FLETCHER ET AL. v. ESTATE OF CHRIST.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 87–5230.  NELSON v. UNITED STATES;
No. 87–5621.  KILLIP v. UNITED STATES; and
No. 87–5635.  KROUT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–5233.  JACKSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 87–5369.  TINSLEY v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 87–5388.  PENNON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–5431.  WICKER v. SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 87–5524.  ORELLANA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5534.  HARPER v. ALABAMA STATE DEPARTMENT OF HUMAN RESOURCES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–5537.  GROSSHANS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.